## HARRIS *v.* GATES.

MARRIED WOMEN—PROMISSORY NOTES—CONSIDERATION.

> A note executed by a married woman for the surrender of a note of the same amount against her husband, and to prevent the payee therein from attempting to collect the same by attacking a transfer to her by her husband of all his property on the claim that such transfer was voluntary and in fraud of creditors, is supported by a sufficient consideration to make it binding on her separate estate. *Whelpley* v. *Stoughton,* 112 Mich. 594, followed.

Error to Shiawassee; Smith, J. Submitted June 9, 1899. Decided September 12, 1899.

*Assumpsit* by Isabelle Harris against Helen M. Gates on a promissory note. From a judgment for defendant on verdict directed by the court, plaintiff brings error. Reversed.

*Almond G. Shepard* and *Edwin H. Lyon,* for appellant.

*Selden S. Miner,* for appellee.

PER CURIAM. Suit upon a promissory note executed by a wife. This case is ruled by *Whelpley* v. *Stoughton,* 112 Mich. 594. Any statement of facts or law is unnecessary.

Judgment reversed, and new trial ordered.